```
        UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF WEST VIRGINIA
              AT CHARLESTON
```

**CHRISTIAN RYAN BOWLES,**

        **Movant,**

                                        Criminal Action 2:19-cr-00122

**v.**                                 **Civil Action No. 2:23-cv-00401**

**UNITED STATES OF AMERICA,**

        **Respondent.**

### MEMORANDUM OPINION AND ORDER

**Pending before the court is the Proposed Findings and Recommendation ("PF&R") of United States Magistrate Judge Omar J. Aboulhosn, entered on February 18, 2025. ECF No. 73. Judge Aboulhosn recommends denying the movant's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal custody, (ECF No. 59), and removing this action from the court's docket. PF&R at 8.**

**In reviewing a PF&R, the court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Upon the filing of an objection to a PF&R, the court "shall make a <u>de novo</u> determination of those portions of the report or specified proposed findings or recommendations to which objection is made." <u>Id.</u> Failure to object to a PF&R constitutes waiver of**

<u>de</u> <u>novo</u> review, in which case the court reviews the PF&R for clear error. <u>See</u> Fed. R. Civ. P. 73 Advisory Committee notes.

There being no objections to the PF&R, which were due by March 7, 2025, and after review for clear error and finding none, it is ORDERED that the PF&R be, and it hereby is, adopted by the court and incorporated herein. It is, therefore, ORDERED as follows:

1. The movant's motion under 28 U.S.C. § 2255 (ECF No. 59) is DENIED, and

2. This matter shall be, and it hereby is, dismissed.

The Clerk is directed to transmit copies of this order to any unrepresented parties, all counsel of record, and the United States Magistrate Judge.

ENTER: March 13, 2025

John T. Copenhaver, Jr.
Senior United States District Judge